UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No. 8:20-bk-07637-CPM
Chapter 7

Faith Elyzabeth Antonio,

Debtor(s).
_____________________________/

**PROOF OF SERVICE**

I hereby certify that on December 17, 2020, a true and correct copy of the Order Authorizing Appointment of General Counsel for Trustee has been furnished by electronic delivery or U.S. mail to the parties listed below.

U. S. Trustee, 501 E. Polk Street Suite 1200, Tampa, FL 33602
*(service via Electronic Delivery through the CM/ECF system upon entry of the order)*

Gino A Megna, McGuire Law Offices, 1173 Ne Cleveland St, Clearwater, FL 33755
*(service via Electronic Delivery through the CM/ECF system upon entry of the order)*

Faith Elyzabeth Antonio, 3564 Dove Hollow Ct, Palm Harbor, FL 34683

Respectfully submitted,

/s/ Christine L. Herendeen
Christine L. Herendeen, Trustee
P.O. Box 152348
Tampa, FL 33684
(813) 438-3833