United States Bankruptcy Court
Middle District of Florida

In re: Case No. 20-07637-CPM
Faith Elyzabeth Antonio Chapter 7
Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113A-8 User: admin Page 1 of 3
Date Rcvd: Dec 16, 2020 Form ID: aPOCjck Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faith Elyzabeth Antonio, 3564 Dove Hollow Ct, Palm Harbor, FL 34683-2213 |
| 29213273 | + | BJ's/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 29213288 | + | DGB Products INC., 15328 Black Gold Loop, Odessa, FL 33556-1826 |
| 29218781 | + | DGP Products Inc., c/o Stanford Solomon, Esq., 1881 West Kennedy Blvd. Suite D, Tampa, FL 33606-1611 |
| 29213279 | + | Daniel Alan Geberth, 15328 Black Gold Loop, Odessa, FL 33556-1826 |
| 29213289 | + | Home Depot/Citibank, One Court Square, Long Island City, NY 11120-0001 |
| 29213290 | + | Invitation Homes, 5310 Cypress Center DR, Suite 105, Tampa, FL 33609-1016 |
| 29213291 | + | Kia Motor Sports, PO Box 650805, Dallas, TX 75265-0805 |
| 29213292 | + | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 29213299 | + | Sequium Asset Solution, 1130 Northchase Pkwy, Marietta, GA 30067-6413 |
| 29213305 | + | Tdrcs/samsung, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BCLHERENDEEN.COM | Dec 17 2020 03:23:00 | Christine L Herendeen, Post Office Box 152348, Tampa, FL 33684-2348 |
| 29213270 | + | Email/Text: backoffice@affirm.com | Dec 16 2020 23:25:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 29213271 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | Amazon/Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 29213272 | + | EDI: CITICORP.COM | Dec 17 2020 03:18:00 | Best Buy/Citi Bank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 29213274 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | Care Credit/Syncrony, PO Box 956036, Orlando, FL 32896-0001 |
| 29213275 | + | EDI: CITICORP.COM | Dec 17 2020 03:18:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29213276 | + | EDI: WFNNB.COM | Dec 17 2020 03:23:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 29213277 | + | EDI: WFNNB.COM | Dec 17 2020 03:23:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 29213278 | + | EDI: WFNNB.COM | Dec 17 2020 03:23:00 | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 29213295 | | EDI: CITICORP.COM | Dec 17 2020 03:18:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 29213280 | + | EDI: NAVIENTFKASMDOE.COM | Dec 17 2020 03:23:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213294 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2020 23:23:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 29213296 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2020 23:47:02 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |

| | | | | |
|---|---|---|---|---|
| 29213298 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | PayPal/Syncrony, PO Box 965005, Orlando, FL 32896-5005 |
| 29213300 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 29213301 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 29213302 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | Syncb/kanes Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 29213303 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 29213304 | + | EDI: RMSC.COM | Dec 17 2020 03:18:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 29213307 | | EDI: AISTMBL.COM | Dec 17 2020 03:18:00 | Tmobile, PO Box 37380, Albuquerque, NM 87176 |
| 29213306 | + | EDI: CITICORP.COM | Dec 17 2020 03:18:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29213309 | + | EDI: WFFC.COM | Dec 17 2020 03:23:00 | Wells Fargo Card Svcs, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DGP Products Inc. d/b/a Numeric Racing |
| 29213308 | | Wells Fargo |
| 29213281 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213282 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213283 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213284 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213285 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213286 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213287 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213293 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 29213297 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Allison D Thompson | on behalf of Plaintiff DGP Products Inc. d/b/a Numeric Racing athompson@solomonlaw.com mkunkel@solomonlaw.com |
| Christine L Herendeen | clherendeen@herendeenlaw.com FL78@ecfcbis.com |
| Gino A Megna | on behalf of Debtor Faith Elyzabeth Antonio gino.megna@tampabay.rr.com Austin.chandler@tampabay.rr.com |
| Gino A Megna | on behalf of Defendant Faith Elyzabeth Antonio gino.megna@tampabay.rr.com Austin.chandler@tampabay.rr.com |
| Stanford R Solomon | on behalf of Plaintiff DGP Products Inc. d/b/a Numeric Racing ssolomon@solomonlaw.com mkunkel@solomonlaw.com;clightbourn@solomonlaw.com |
| Stanford R Solomon | on behalf of Creditor DGP Products Inc. d/b/a Numeric Racing ssolomon@solomonlaw.com mkunkel@solomonlaw.com;clightbourn@solomonlaw.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 7

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No. 8:20−bk−07637−CPM
Chapter 7

Faith Elyzabeth Antonio

Debtor* /

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is March 19, 2021 .

A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

Dated December 15, 2020 .

Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
All Interested Parties