UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>FAITH ELYZABETH ANTONIO,<br><br>Debtor. | ) Case No: 8:20-BK-07637<br>) Chapter 7 |
| DGP PRODUCTS INC., D/B/A NUMERIC RACING,<br>Plaintiff,<br><br>vs.<br><br>FAITH ELYZABETH ANTONIO,<br><br>Defendant. | ) Adversary Case No: 8:20-ap-00537-CPM |

**DGP PRODUCTS INC. D/B/A NUMERIC RACING'S**
**NOTICE OF SERVICE OF SUBPOENAES TO PRODUCE DOCUMENTS**

DGP Products Inc. d/b/a Numeric Racing, pursuant to Fed. R. Bankr. P. 9016 and Federal Rule of Civil Procedure 45, hereby gives notice of service of the attached Subpoenaes to produce documents in an adversary proceeding directed to:

Ally Financial Inc.
Discover Financial Services
Paypal Holdings Inc.

At the time, date, and place set forth in the respective subpoenaes, each entity will produce the documents, the electronically stored information, or the objects encompassed by the Schedule "A" attached to their respective subpoenaes.

Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**

## Certificate of Service

I hereby certify that the foregoing **DGP PRODUCTS INC. D/B/A NUMERIC RACING'S NOTICE OF SERVICE OF SUBPOENAES TO PRODUCE DOCUMENTS** was filed and served through the CM/ECF system upon Samantha L. Dammer on February 4, 2021.

Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**