UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br><br>FAITH ELYZABETH ANTONIO,<br><br>Debtor. | BK CASE NO. 8:20-bk-07637-CPM<br><br>CHAPTER 7 |

**CREDITOR'S NOTICE OF WITHDRAWAL OF**
**NOTICE OF SERVICE OF SUBPOENAES TO PRODUCE DOCUMENTS [D.E. 28]**

DGP Products Inc. d/b/a/ Numeric Racing ("**Creditor**") hereby gives notice of its withdrawal of the Notice of Service of Subpoenaes to Produce Documents [D.E. 28] because it was filed in error in the above-styled bankruptcy.

Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**

**Certificate of Service**

I hereby certify that the foregoing **CREDITOR'S NOTICE OF WITHDRAWAL OF NOTICE OF SERVICE OF SUBPOENAES TO PRODUCE DOCUMENTS [D.E. 28]** was filed and served through the CM/ECF system on February 5, 2021 to the following:

Gino A. Megna
McGuire Law Offices
1173 N.E. Cleveland St.
Clearwater, FL 33755
**Attorney for Debtor**

Samantha L Dammer
Samantha L. Dammer, P.A.
620 East Twiggs Suite 110
Tampa, FL 33602
**Attorney for Debtor**

Christine L. Herendeen
P.O. Box 152348
Tampa, FL 33684
**Trustee**

United States Trustee - TPA7/13
Timberlake Annex, Ste. 1200
501 E. Polk Street
Tampa, FL 33602
**U.S. Trustee**

Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**