United States Bankruptcy Court
Middle District of Florida

In re:
Faith Elyzabeth Antonio
Debtor

Case No. 20-07637-CPM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: manel | Page 1 of 2
Date Rcvd: Mar 03, 2021 | Form ID: pdfdoc3 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faith Elyzabeth Antonio, 3564 Dove Hollow Ct, Palm Harbor, FL 34683-2213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison D Thompson | on behalf of Creditor DGP Products Inc. d/b/a Numeric Racing athompson@solomonlaw.com mkunkel@solomonlaw.com |
| Allison D Thompson | on behalf of Plaintiff DGP Products Inc. d/b/a Numeric Racing athompson@solomonlaw.com mkunkel@solomonlaw.com |
| Christine L Herendeen | clherendeen@herendeenlaw.com FL78@ecfcbis.com |
| Christine L Herendeen | on behalf of Trustee Christine L Herendeen clherendeen@herendeenlaw.com |
| Gino A Megna | on behalf of Debtor Faith Elyzabeth Antonio gino.megna@tampabay.rr.com Austin.chandler@tampabay.rr.com |
| Samantha L Dammer | on behalf of Debtor Faith Elyzabeth Antonio sdammer@attysam.com service@tampalawadvocates.com |

| | |
|---|---|
| Samantha L Dammer | on behalf of Defendant Faith Elyzabeth Antonio sdammer@attysam.com service@tampalawadvocates.com |
| Stanford R Solomon | on behalf of Creditor DGP Products Inc. d/b/a Numeric Racing ssolomon@solomonlaw.com mkunkel@solomonlaw.com;clightbourn@solomonlaw.com;kjohnson@solomonlaw.com |
| Stanford R Solomon | on behalf of Plaintiff DGP Products Inc. d/b/a Numeric Racing ssolomon@solomonlaw.com mkunkel@solomonlaw.com;clightbourn@solomonlaw.com;kjohnson@solomonlaw.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 10

ORDERED.

**Dated: March 02, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In Re:** **Case No.: 8:20-bk-07637-CPM**

**FAITH ELYZABETH ANTONIO,**

**Chapter 7**

**Debtor,**
__________________________/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE having come before the court at 10:00 a.m. on March 1, 2021, for consideration on Samantha L. Dammer's Motion to Withdraw as Counsel (Doc. No. 30), the Motion having been served upon interested parties, and this Court having jurisdiction and being otherwise fully advised in the premises, it is therefore,

ORDERED and ADJUDGED:

1. The Motion is GRANTED;

2. Attorney Samantha L. Dammer is hereby relieved of responsibility as attorney of record and as counsel for Debtor. All further pleadings, motions, notices, correspondence, and other documents shall be served directly on Faith Elyzabeth Antonio 3564 Dove Hollow Court, Palm Harbor, FL 34683.

Attorney Samantha L. Dammer is directed to serve a copy of order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.