United States Bankruptcy Court
Middle District of Florida

In re:
Faith Elyzabeth Antonio
Debtor

Case No. 20-07637-CPM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8 User: admin Page 1 of 3
Date Rcvd: Jul 25, 2022 Form ID: B318 Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 29213273 | + | BJ's/Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 29213288 | + | DGB Products INC., 15328 Black Gold Loop, Odessa, FL 33556-1826 |
| 29218781 | + | DGP Products Inc., c/o Stanford Solomon, Esq., 1881 West Kennedy Blvd. Suite D, Tampa, FL 33606-1611 |
| 29213279 | + | Daniel Alan Geberth, 15328 Black Gold Loop, Odessa, FL 33556-1826 |
| 29213290 | + | Invitation Homes, 5310 Cypress Center DR, Suite 105, Tampa, FL 33609-1016 |
| 29213291 | + | Kia Motor Sports, PO Box 650805, Dallas, TX 75265-0805 |
| 29398602 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 29213305 | + | Tdrcs/samsung, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BCLHERENDEEN.COM | Jul 26 2022 01:43:00 | Christine L Herendeen, Post Office Box 152348, Tampa, FL 33684-2348 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2022 21:41:26 | CACH LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 29213270 | + | Email/Text: backoffice@affirm.com | Jul 25 2022 21:43:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 29213271 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Amazon/Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 29213272 | + | EDI: CITICORP.COM | Jul 26 2022 01:43:00 | Best Buy/Citi Bank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 29306844 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2022 21:41:17 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29213274 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Care Credit/Syncrony, PO Box 956036, Orlando, FL 32896-0001 |
| 29213275 | + | EDI: CITICORP.COM | Jul 26 2022 01:43:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29344115 | | EDI: CITICORP.COM | Jul 26 2022 01:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 29213276 | + | EDI: WFNNB.COM | Jul 26 2022 01:43:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 29213277 | + | EDI: WFNNB.COM | Jul 26 2022 01:43:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 29213278 | + | EDI: WFNNB.COM | Jul 26 2022 01:43:00 | Comenitycb/ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 29213295 | + | EDI: CITICORP.COM | Jul 26 2022 01:43:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 29213280 | + | EDI: NAVIENTFKASMDOE.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 26 2022 01:43:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213289 | + | EDI: CITICORP.COM | Jul 26 2022 01:43:00 | Home Depot/Citibank, One Court Square, Long Island City, NY 11120-0001 |
| 29213292 | ^ | MEBN | Jul 25 2022 21:39:28 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 29213294 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 25 2022 21:43:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 29306523 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2022 21:41:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 29213296 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2022 21:41:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 29213298 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | PayPal/Syncrony, PO Box 965005, Orlando, FL 32896-5005 |
| 29312412 | | EDI: Q3G.COM | Jul 26 2022 01:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 29312414 | | EDI: Q3G.COM | Jul 26 2022 01:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 29419339 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2022 21:41:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29213299 | | Email/Text: bankruptcy@sequium.com | Jul 25 2022 21:43:00 | Sequium Asset Solution, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 29213300 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 29213301 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 29213302 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Syncb/kanes Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 29213303 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 29213304 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 29412977 | + | EDI: RMSC.COM | Jul 26 2022 01:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 29213307 | | EDI: AISTMBL.COM | Jul 26 2022 01:43:00 | Tmobile, PO Box 37380, Albuquerque, NM 87176 |
| 29398602 | + | EDI: CBSTDR | Jul 26 2022 01:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 29213306 | + | EDI: CITICORP.COM | Jul 26 2022 01:43:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29322834 | | EDI: WFCCSBK | Jul 26 2022 01:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 29213309 | + | EDI: WFFC.COM | Jul 26 2022 01:43:00 | Wells Fargo Card Svcs, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29213308 | | Wells Fargo |
| 29213281 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213282 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213283 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213284 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213285 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213286 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213287 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 29213293 | *+ | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 29213297 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christine L Herendeen | clherendeen@herendeenlaw.com FL78@ecfcbis.com |
| Christine L Herendeen | on behalf of Trustee Christine L Herendeen clherendeen@herendeenlaw.com |
| Donald R Kirk | on behalf of unknown Tik Tok Inc. dkirk@carltonfields.com kathompson@carltonfields.com |
| Stanford R Solomon | on behalf of Plaintiff DGP Products Inc. d/b/a Numeric Racing bankruptcy@solomonlaw.com bankruptcy@solomonlaw.com |
| Stanford R Solomon | on behalf of Creditor DGP Products Inc. d/b/a Numeric Racing bankruptcy@solomonlaw.com bankruptcy@solomonlaw.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |
| W Keith Fendrick | on behalf of Interested Party Intuit Inc. keith.fendrick@hklaw.com, andrea.olson@hklaw.com;brittany.jacobs@hklaw.com |

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Faith Elyzabeth Antonio<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9934 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Florida | | |
| Case number: | 8:20–bk–07637–CPM | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Faith Elyzabeth Antonio

-

Dated: July 25, 2022

Catherine Peek McEwen
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**