# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 8:20-bk-07637-CPM
**Case Name:** FAITH ELYZABETH ANTONIO

**For Period Ending:** 03/31/2026

**Trustee Name:** (290278) Christine L. Herendeen
**Date Filed (f) or Converted (c):** 10/13/2020 (f)
**§ 341(a) Meeting Date:** 11/18/2020
**Claims Bar Date:** 03/19/2021

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 2016 Kia Forte, 19832 miles (See Footnote) | 6,800.00 | 7,558.00 | | 6,938.56 | FA |
| 2 | 2008 Ford Mustang, 122218 miles | 2,000.00 | 1,000.00 | OA | 0.00 | FA |
| 3 | Bedroom Set | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | Bedroom Set | 200.00 | 0.00 | OA | 0.00 | FA |
| 5 | Tv and cell phone | 250.00 | 0.00 | OA | 0.00 | FA |
| 6 | Clothes and shoes | 200.00 | 0.00 | OA | 0.00 | FA |
| 7 | cats | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Checking: Wells Fargo | 692.00 | 0.00 | OA | 0.00 | FA |
| 9 | Checking: Suncoast Credit Union | 5.00 | 0.00 | OA | 0.00 | FA |
| 10 | Rental deposit: Invitation homes | 576.00 | 0.00 | OA | 0.00 | FA |
| 11 | Labor and wage cause of action against DGP Products, Inc. (u) | Unknown | 10.00 | | 0.00 | FA |
| 12 | Avoidable preference litigation (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| **12** | **Assets** **Totals** (Excluding unknown values) | **$11,723.00** | **$9,568.00** | | **$7,938.56** | **$0.00** |

RE PROP# 1 Debtor waived the $1000.00 exemption per compromise (Doc. No. 27). Changed exemption to $0.00. Exemption waived to apply funds to avoidable preference claims.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 8:20-bk-07637-CPM
**Case Name:** FAITH ELYZABETH ANTONIO

**For Period Ending:** 03/31/2026

**Trustee Name:** (290278) Christine L. Herendeen
**Date Filed (f) or Converted (c):** 10/13/2020 (f)
**§ 341(a) Meeting Date:** 11/18/2020
**Claims Bar Date:** 03/19/2021

**Major Activities Affecting Case Closing:**

03/27/26: Case ready for closing after resolution of objection to POC No. 7 (unliquidated claim) - Obj to be determined by outcome of ADV proceeding. ADV filed by creditor v debtor: final statements/briefs filed - pending Judge's final decision. (All other claims reviewed and no other objections pending. NOA filed.)

03/26/26: ADV Status: Called and spoke to Judge's Law Clerk, Arya Omshehe, who confirmed that the Judge is working on this case and it remains under advisement. 03/13/26: ADV Docket: No new activity. 12/12/25: ADV Docket: No new activity. 09/10/25: ADV Docket: No new activity. 06/20/25: ADV docket: no new activity. 04/07/25: ADV docket: no new activity. 02/07/25: ADV: Hrg Pro Memo: Status Conference held. 01/17/25: ADV: Notice of Charging Lien Against DGP Products Inc D/B/A Numeric Racing Filed by Stanford R Solomon on behalf of Plaintiff DGP Products Inc. d/b/a Numeric Racing. 01/15/25: ADV Status: Notice of Status Conference on 2/7/25. 12/26/24: ADV Status: No new activity since 10/14/24. 10/18/24: ADV Status: Only new docket entry is Request for Judicial notice of Motion for Disqualification filed in state court proceeding (Pasco County) filed by Plaintiff on 10/14/24. No other activity since 6/23/23. 08/18/24: ADV Status: no change per docket. 06/17/24: ADV Status: no change per docket. 04/28/24: ADV Status: no change per docket. 02/20/24: ADV Status: no change per docket. 12/18/23: ADV Status: no change per docket. 10/08/23: ADV Status: no change per docket. 07/10/23: ADV Status: Both parties final statements/briefs have been filed. Judge's decision pending. 04/12/23: ADV Status: Status Conference to discuss closing argument scheduling and trial exhibits held on 4/3/23: Plaintiff's closing statement due 5/10/2023; Defendant's closing statement due 6/9/2023; Plaintiff's rebuttal due 6/23/2023. 03/10/23: ADV Status: Notice of Status Conference on Status Conference to discuss closing argument scheduling and trial exhibits . Hearing scheduled for 4/3/2023 at 10:00 AM. 02/24/23: ADV Status: Hrd held on 2/23 on Debtor/Defendant's Motion to Recuse the Judge - denied and Judge will issue order. Court will be setting a status conference and then a schedule for closing arguments and review of exhibits. 12/04/22: ADV: No change in status, trial suspended. 09/09/22: ADV: Docket reflects Debtor filed medical records with Judge for in-camera inspection. 09/01/22: ADV: Trial suspended on 8/31/11 per docket entry due to medical issue declared by Debtor and Debtor required to file records by 9/9/22. 08/17/22: ADV: Order entered dismissing Count III of the Complaint (re obj to discharge). 06/22/22: ADV: Order Rescheduling Continued Trial-- status conference scheduled on June 28, 2022 and Trial continued to August 29-31, 2022. 05/06/22: Order Denying as moot Debtor's Motion To Reschedule Hearing on Debtor's Motion for Reconsideration of Order Granting Trustee's Motion to Approve Compromise or Settlement filed by the Debtor entered. 04/28/22: Motion to Reschedule Hearing On Debtor's Motion for Reconsideration of Order Granting Trustee's Motion to Approve Compromise or Settlement filed by Debtor. 04/28/22: Order Denying Motion for Reconsideration of Order Granting Trustee's Motion to Approve Compromise or Settlement for lack of prosecution. 03/15/22: Docket entry in main case re Obj to Claim: Stipulated that Trustee will accept the outcome of the trial in the adversary case will determine the claim without being involved. 03/14/22: Attended ADV trial and hrg on Obj to DGP claim. Requested to be excused. Reminded the court that Claimant and I have agreed that the outcome of the trial will dispose of the Obj to Claim. Judge requested claims and amt in estate to confirm that it is not a surplus case, and I provided same to confirm. Judge concluded that Debtor will not have standing to object as it will not be a surplus case. Debtor pointed out her pending objection to claim and Judge stated objection will be heard through the ADV. 03/02/22: Hrg Held: Debtor's Motion for Sanctions v Creditor denied per hrg memo. 02/07/22: Motion for Reconsideration of Order Granting Trustee's Motion to Approve Compromise filed by Debtor Faith Elyzabeth Antonio. 01/27/22: Emergency Motion to Quash SUBPOENA DIRECTED TO DANIEL A. H. GEBERTH filed in ADV by Creditor. 01/20/22: NOH set for 3/2/22 on Mtn for Sanctions by Debtor. 01/12/22: Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k) against Creditor SRP Sub LLC d/b/a Invitation Homes filed by Debtor. 01/05/22: Pending hearing on Objection to Claim and trial in ADV scheduled for 3/14/22. 11/09/21: Notice Rescheduling Hearing on Debtor's Objection to Claim(s) 7-1 of DGP Products, Inc., d/b/a Numeric Racing filed by the Debtor and the Trustee. Court rescheduled hearings to 3/14/22. 08/12/21: Court filed Notice of Rescheduled Hearing on Objections to Claim - hearings continued to 11/12/21. 06/29/21: Objection to Claim hearings continued to 8/30/21. 06/28/21: Attended hearing on Debtor’s Motion to Remove Trustee, Christine L. Herendeen, for Misappropriation of Debtor’s Estate, and Trustee's Response to same. Debtor withdrew the motion in open court. Hearing was also a

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 8:20-bk-07637-CPM
**Case Name:** FAITH ELYZABETH ANTONIO

**For Period Ending:** 03/31/2026

**Trustee Name:** (290278) Christine L. Herendeen
**Date Filed (f) or Converted (c):** 10/13/2020 (f)
**§ 341(a) Meeting Date:** 11/18/2020
**Claims Bar Date:** 03/19/2021

status hearing on the Debtor and Trustee's Objections to Claim and Creditor's Response to same. I agreed with the Judge that the disposition of the ADV through the trial or otherwise would dispose of the Objection and she pushed it off until after the Aug. trial in the ADV (or it can be sooner if resolve through motions or mediation). Judge found that Debtor may have standing to argue the Objection to Claim due to the pendency of the ADV proceeding, then allowed Debtor to determine which would go to trial first, and she selected the ADV. 06/22/21: Filed Response to Debtors' Motion to Remove Trustee. 06/08/21: Notice of Hearing re Objection to Claim No. 7 and Claimant's Opposition to same filed. 06/03/21: Opposition to Objection to Claim [D.E. 68] Filed by Allison D Thompson on behalf of Creditor DGP Products Inc. d/b/a Numeric Racing. 05/28/25: Cont. NOH filed - hearing on Debtor's obj to claim no. 7 cont. to 6/28. 05/25/21: NOH filed scheduling hearing on Debtor's Motion to Remove Trustee. 05/24/21: Motion to Remove Trustee, Christine L. Herendeen for Misappropiation of Debtor's Estate Filed by Debtor Faith Elyzabeth Antonio. 05/24/21: NOF of Form 1 and Form 2 filed with the court / served on the Debtor. Hrg held on various motions. Judge ruled that Debtor does not have standing to object to the DGP claim. I agreed to file a formal Objection to Claim and work with Creditor's counsel on a proposed order since the Claimant is going to consent to the BK court determining the amount / liquidating the claim in the pending ADV proceed that is set for trial in Aug. 05/06/21: Withdrawal of Claim(s): 2 Filed by Creditor CACH LLC. 4/20/21: Notice of Preliminary Hearing on Objection to Claim 7-1 of DGP Products, Inc. d/b/a Numeric Racing - HRG scheduled on 5/24 at 11 a.m. 04/15/21: Objection to Claim 7-1 of DGP Products, Inc. d/b/a Numeric Racing filed by pro se Debtor. 02/26/21: Order Granting Motion to Approve Compromise of Controversy entered. 02/11/21: Motion for Leave to Withdraw as Counsel filed by Samantha Dammer. 01/29/21: Filed Motion to Approve Compromise. 01/26/21: Order Determining Property is of Consequential Value to the Estate entered. 12/31/20: Motion to Determine Property is of Consequential Value to the Estate. 2016 Kia Forte VIN No. KNAFK4A67G5602581 filed. 12/21/20: Notice of Appearance and Request for Notice on Behalf of the Debtor Filed by Samantha L Dammer on behalf of Debtor Faith Elyzabeth Antonio. She is appearing for the Debtor in the ADV proceeding. 12/17/20: Order Approving Application to Employ/Retain Christine L. Herendeen of Herendeen Law, LLC as General Counsel for the Trustee entered. 12/16/20: Filed Application to Employ General Counsel. 10/16/20: ADV FILED: Complaint by DGP Products Inc. d/b/a Numeric Racing, Faith Elyzabeth Antonio against Faith Elyzabeth Antonio. (Fee Paid.) 8:20-ap-00537-CPM. Nature of Suit: [67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)],[68 (Dischargeability - 523(a)(6), willful and malicious injury)],[65 (Dischargeability - other)]. (Solomon, Stanford)

**Initial Projected Date Of Final Report (TFR):** 03/31/2022 **Current Projected Date Of Final Report (TFR):** 05/31/2027

# Form 2
# Cash Receipts And Disbursements Record



**Case No.:** 8:20-bk-07637-CPM
**Case Name:** FAITH ELYZABETH ANTONIO
**Taxpayer ID #:** **-***0306
**For Period Ending:** 03/31/2026

**Trustee Name:** Christine L. Herendeen (290278)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******0700 Checking
**Blanket Bond (per case limit):** $26,583,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/09/21 | | FAITH ELYZABETH ANTONIO | Funds received pursuant to settlement - motion to approve compromise (Doc. No. 27). | | 7,938.56 | | 7,938.56 |
| | {12} | | Funds received pursuant to settlement/compromise. $1,000.00 | 1241-000 | | | |
| | {1} | | Funds received pursuant to settlement/compromise. $6,938.56 | 1129-000 | | | |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.20 | 7,931.36 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.98 | 7,917.38 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.68 | 7,904.70 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.82 | 7,892.88 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.91 | 7,878.97 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.62 | 7,866.35 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.44 | 7,852.91 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.58 | 7,840.33 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.14 | 7,828.19 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.38 | 7,814.81 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.94 | 7,801.87 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.08 | 7,789.79 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.65 | 7,778.14 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.71 | 7,764.43 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.02 | 7,752.41 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.00 | 7,740.41 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.64 | 7,726.77 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.97 | 7,714.80 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.59 | 7,701.21 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.34 | 7,688.87 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.91 | 7,676.96 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.12 | 7,663.84 |
| | | | | **Page Subtotals:** | **$7,938.56** | **$274.72** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 8:20-bk-07637-CPM | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | FAITH ELYZABETH ANTONIO | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0306 | **Account #:** | ******0700 Checking |
| **For Period Ending:** | 03/31/2026 | **Blanket Bond (per case limit):** | $26,583,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.28 | 7,651.56 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.07 | 7,638.49 |
| 02/08/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX0863 | Transition Debit to TriState Capital Bank acct XXXXXX0863 | 9999-000 | | 7,638.49 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **7,938.56** | **7,938.56** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 7,638.49 | |
| **Subtotal** | **7,938.56** | **300.07** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,938.56** | **$300.07** | |

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 8:20-bk-07637-CPM | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | FAITH ELYZABETH ANTONIO | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0306 | **Account #:** | ******0863 Checking Account |
| **For Period Ending:** | 03/31/2026 | **Blanket Bond (per case limit):** | $26,583,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/08/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX0700 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX0700 | 9999-000 | 7,638.49 | | 7,638.49 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.42 | 7,627.07 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.62 | 7,614.45 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.38 | 7,603.07 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 13.40 | 7,589.67 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.16 | 7,577.51 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.73 | 7,565.78 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 13.33 | 7,552.45 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.69 | 7,540.76 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.88 | 7,527.88 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.06 | 7,515.82 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.64 | 7,504.18 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 13.19 | 7,490.99 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.57 | 7,479.42 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.55 | 7,467.87 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.72 | 7,455.15 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.31 | 7,442.84 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.10 | 7,431.74 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 13.06 | 7,418.68 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.85 | 7,406.83 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.44 | 7,395.39 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 13.00 | 7,382.39 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.01 | 7,371.38 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.95 | 7,358.43 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.18 | 7,346.25 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 10.98 | 7,335.27 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.36 | 7,323.91 |
| | | | | **Page Subtotals:** | **$7,638.49** | **$314.58** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



**Case No.:** 8:20-bk-07637-CPM
**Case Name:** FAITH ELYZABETH ANTONIO
**Taxpayer ID #:** **-***0306
**For Period Ending:** 03/31/2026

**Trustee Name:** Christine L. Herendeen (290278)
**Bank Name:** TriState Capital Bank
**Account #:** ******0863 Checking Account
**Blanket Bond (per case limit):** $26,583,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.51 | 7,311.40 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.71 | 7,299.69 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.30 | 7,288.39 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.84 | 7,275.55 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.26 | 7,264.29 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.41 | 7,251.88 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.00 | 7,239.88 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 10.44 | 7,229.44 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 13.13 | 7,216.31 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.56 | 7,204.75 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 10.77 | 7,193.98 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 12.29 | 7,181.69 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **7,638.49** | **456.80** | **$7,181.69** |
| Less: Bank Transfers/CDs | 7,638.49 | 0.00 | |
| **Subtotal** | **0.00** | **456.80** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$456.80** | |

# Form 2

# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 8:20-bk-07637-CPM | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | FAITH ELYZABETH ANTONIO | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0306 | **Account #:** | ******0863 Checking Account |
| **For Period Ending:** | 03/31/2026 | **Blanket Bond (per case limit):** | $26,583,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $7,938.56 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,938.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0700 Checking | $7,938.56 | $300.07 | $0.00 |
| ******0863 Checking Account | $0.00 | $456.80 | $7,181.69 |
| | **$7,938.56** | **$756.87** | **$7,181.69** |